SAM S. LESLIE, CPA
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010
Telephone: 213/368-5000
Facsimile: 213/368-5009
Email: trustee@trusteeleslie.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ANTHONY A. FIGUEROA AND JAMIE L. FIGUEROA,<br><br>Debtors. | Case No. 2:16-bk-11267-BB<br>     [Chapter 7]<br><br>TRUSTEE'S STATUS REPORT<br><br>[No Hearing Set] |

TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE AND TO THE DEBTOR:

   Sam S. Leslie, Chapter 7 Trustee herein, in response to the Letter of Deficiency, files his Status Report and states as follows:

   This case is now in the final preparation for the filing of the Trustee's Final report. A Request for Court Costs and Notice to Professionals has been filed. The Final Report will be submitted to the Office of the U.S. Trustee by the end of September 2018.

Dated: July 9, 2018

_____
Sam S. Leslie, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Trustee's Report of Sale will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 9, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Sam S Leslie (TR)          sleslie@trusteeleslie.com, sleslie@ecf.epiqsystems.com;
                              trustee@trusteeleslie.com
   Raymond Perez              rperezlaw.ela@gmail.com
   United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:** On July 9, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   Anthony A Figueroa         Jamie L Figueroa
   9047 Oak Street            9047 Oak Street
   Bellflower, CA 90706       Bellflower, CA 90706

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on July 9, 2018, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

   United States Bankruptcy Court      United States Bankruptcy Court
   The Honorable Sheri Bluebond        Attn: Josie Hunt, Team ACD
   United States Bankruptcy Judge      255 E. Temple Street
   255 E. Temple Street                9th Floor/Room 940
   Bin outside Suite 1534              Los Angeles, CA 90010
   Los Angeles, CA 90012

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 9, 2018                                    _____
                                                       Shawn Sterrett

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              F 9013-3.1. PROOF OF SERVICE