United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 16-11267-BB
Anthony A Figueroa                                                    Chapter 7
Jamie L Figueroa
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-2         User: wjacksonC         Page 1 of 1         Date Rcvd: Dec 06, 2018
                             Form ID: pdf042         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2018.
db/jdb          #+Anthony A Figueroa,    Jamie L Figueroa,    9047 Oak Street,    Bellflower, CA 90706-4401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:
              Raymond   Perez    on behalf of Joint Debtor Jamie L Figueroa rperezlaw.ela@gmail.com
              Raymond   Perez    on behalf of Debtor Anthony A Figueroa rperezlaw.ela@gmail.com
              Sam S Leslie (TR)     sleslie@trusteeleslie.com,
               sleslie@ecf.epiqsystems.com;trustee@trusteeleslie.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 4

| Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address<br><br>SAM S. LESLIE, CPA<br>3435 Wilshire Blvd.<br>Suite 990<br>Los Angeles, CA 90010<br>Telephone: 213/368-5000<br>Facsimile:  213/368-5009<br>Email: trustee@cadye.com<br><br>Chapter 7 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 06 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** wesley    **DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION** ||
| In re:<br><br>ANTHONY A. FIGUEROA<br>AND JAMIE L. FIGUEROA,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.:  2:16-bk-11267-BB<br>CHAPTER:  7<br><br>**ORDER ON FINAL FEE APPLICATIONS ALLOWING PAYMENT OF:**<br>**(1) COURT AND U.S. TRUSTEE FEES; AND**<br>**(2) FINAL FEES AND EXPENSES OF TRUSTEE AND PROFESSIONALS**<br>**[LBR 2016-1(c)(4)]**<br><br>DATE:  December 5, 2018<br>TIME:   2:00 p.m.<br>COURTROOM: 1539<br>ADDRESS:  255 East Temple Street<br>                       Los Angeles, CA 90012 |

The chapter 7 trustee filed a Trustee's Final Report in this case.  Applications for final compensation were filed by the chapter 7 trustee and, if applicable, other professionals.  Based on findings and conclusions made by the court, **IT IS ORDERED: Fees and expenses are approved as follows, and if not already paid may be paid**:

1. **Fees:  U.S. Bankruptcy Court and U.S. Trustee**
   U.S. Bankruptcy Court fees *(specify)*

   | U.S. Bankruptcy Court | $ |
   |---|---|
   |  | $ |
   |  | $ |

   | Subtotal of Court Fees: | $0.00 |
   |---|---|
   | U.S. Trustee Fees | $0.00 |
   | Total Allowed Court and U.S. Trustee Fees | $0.00 |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 1    **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

2. **Professional Fees and Expenses:**

   a. Chapter 7 Professional Fees and Expenses:

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | (1) **Name of Professional/Profession:** | | | | |
   | Fees | $ | $ | $ | $ |
   | Expenses | $ | $ | $ | $ |
   | (2) **Name of Professional/Profession:** | | | | |
   | Fees | $ | $ | $ | $ |
   | Expenses | $ | $ | $ | $ |
   | (3) **Name of Professional/Profession:** | | | | |
   | Fees | $ | $ | $ | $ |
   | Expenses | $ | $ | $ | $ |

   ☐ Additional professional fees and expenses attached.

   b. Chapter 11 Professional Fees and Expenses (prior to conversion to chapter 7):

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | (1) **Name of Professional/Profession:** | | | | |
   | Fees | $ | $ | $ | $ |
   | Expenses | $ | $ | $ | $ |
   | (2) **Name of Professional/Profession:** | | | | |
   | Fees | $ | $ | $ | $ |
   | Expenses | $ | $ | $ | $ |
   | (3) **Name of Professional/Profession:** | | | | |
   | Fees | $ | $ | $ | $ |
   | Expenses | $ | $ | $ | $ |

   ☐ Additional professional fees and expenses attached.

3. **Trustee Fees and Expenses:**

   a. Chapter 7 Trustee Fees and Expenses:

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | **Trustee (*name*): Sam S. Leslie** | | | | |
   | Fees | $ 185.03 | $ 185.03 | $ 0.00 | $ 185.03 |
   | Expenses | $ 152.11 | $ 152.11 | $ 0.00 | $ 152.11 |
   | Bank Fees | $ 240.00 | $ 240.00 | $ 240.00 | $ 0.00 |
   | Bond | $ 2.43 | $ 2.43 | $ 2.43 | $ 0.00 |
   | Taxes | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

   ☐ Additional trustee fees and expenses attached.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                                     Page 2                           **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

b.  Chapter 11 Trustee Fees and Expenses (prior to conversion to chapter 7):

|  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| **Trustee** (*name*): | | | | |
| Fees | $ | $ | $ | $ |
| Expenses | $ | $ | $ | $ |
| Bank Fees | $ | $ | $ | $ |
| Bond | $ | $ | $ | $ |
| Taxes | $ | $ | $ | $ |

☐ Additional trustee fees and expenses attached.

4.  If the final dividend to creditors is the same or higher than proposed in the Trustee's Final Report, the trustee shall immediately proceed with the final distribution to creditors and professionals.  If the final dividend to creditors is less than that which was proposed in the Trustee's Final Report, the trustee shall immediately submit to the U.S. Trustee an Amended Trustee's Report of Proposed Distribution and Dividend Payments within 30 days of the entry of this order.  Within 14 days the U.S. Trustee will review the proposed distribution and notify the trustee to proceed with the final distribution to creditors and professionals.  The distribution to creditors and professionals shall occur at the same time and no later than 90 days from the entry of this order.

5.  ☐ Other:

###

Date: December 6, 2018

Sheri Bluebond
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 3                    **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**